[No. 34543-9-II.   Division Two.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIN NOREEN
KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-03539-2, Bryan E. Chushcoff, J., entered
March 10, 2006. *Affirmed* by unpublished opinion per Van
Deren, A.C.J., concurred in by Bridgewater and Quinn-
Brintnall, JJ.

[No. 34611-7-II.   Division Two.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT LEROY
NICKOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 05-1-00823-1, Richard L. Brosey, J., entered
March 20, 2006. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 34710-5-II.   Division Two.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN E. LAYNG,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 05-1-00433-1, David E. Foscue, J., en-
tered April 10, 2006. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34821-7-II.   Division Two.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LAMONT
KNOTTS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 05-1-00394-4, Roger A. Bennett, J., entered
May 12, 2006. *Affirmed in part* and *remanded* by unpub-
lished opinion per Van Deren, J., concurred in by Houghton,
C.J.; Quinn-Brintnall, J., dissenting in part.